## Commonwealth ex rel. Boyd, Appellant, *v.* Maroney.

704

Submitted April 11, 1966. *Garland W. Boyd*, appellant, in propria persona; *Michael M. Palmisano*, Assistant District Attorney, and *Lindley R. McClelland*, District Attorney, for appellee.

Order affirmed.